```
JOHN C. BOYDEN, ESQ. (SBN 3917)
PAUL M. BERTONE (SBN 4533)
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, Nevada 89505
(775) 786-3930
```
*Attorneys for Plaintiff Michael J. Wells*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. WELLS, | CASE NO. 3:19-cv-00407-MMD-CLB |
| Plaintiff, | |
| v. | |
| CHRIS PILKERTON, in his official capacity as the Acting Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, DOES 1-10; and ROE CORPORATIONS I through X, | **STIPULATION AND ORDER FOR EXTENSION OF TIME (FIRST REQUEST)** |
| Defendants. | |

Plaintiff and Defendant, acting by and through their counsel, hereby stipulate and agree, that Plaintiff shall have up to and including **Friday, January 31, 2020,** to file his Opposition to Defendant Pilkerton's Motion to Dismiss regarding the above-mentioned case. Plaintiff counsel is requesting this extension of time due to an extremely busy discovery schedule for the next two months, as well as it being the holidays.

DATED this 14th day of November, 2019.

```
                              ERICKSON, THORPE & SWAINSTON, LTD.
                              P.O. Box 3559
                              Reno, NV 89505

                              BY:      /s/ John C. Boyden
                                    JOHN C. BOYDEN, ESQ.
                                    Attorneys for Plaintiff
```

DATED this 14th day of November, 2019.

```
                              UNITED STATES ATTORNEY
                              Assistant U.S. Attorney
                              400 S. Virginia Street, Suite 900
                              Reno, NV  89501

                              BY:      /s/ Holly A. Vance
                                    HOLLY A. VANCE, ESQ.
                                    Attorneys for Defendant
```



1

\* \* \* \* \* \* \*

## ORDER

Having considered the within Stipulation for Extension of Time to File Opposition to Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff MICHAEL J. WELLS shall have up to and including **Friday, January 31, 2020,** to file his Opposition to Defendant Pilkerton's Motion to Dismiss in the above-captioned case. Given the lengthy extension request, no further extension will be granted.

DATED this 14th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., and that on this day I served a true and correct copy of the attached document by:

☐ U.S. Mail
☐ Facsimile Transmission
☐ Personal Service
☐ Messenger Service
☒ CM/ECF Electronic Service

addressed to the following:

| NAME & ADDRESS | PHONE/FAX NUMBERS | PARTY |
|---|---|---|
| Michael A. Olsen, Esq.<br>Thomas R. Grover, Esq.<br>BLACKROCK LEGAL, LLC<br>10155 W. Twain Avenue, #100<br>Las Vegas, NV 89147 | (702) 855-5658 | Defendant Nevada State Development Corporation |
| Holly A. Vance<br>Assistant U.S. Attorney<br>400 S. Virginia Street, Suite 900<br>Reno, NV 89501 | (775) 784-5438 | United States |

DATED this 14 day of November, 2019.