NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Chris Pilkerton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL J. WELLS,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS PILKERTON, in his official capacity as the Acting Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-00407-MMD-CLB<br><br>**Stipulation for Extension of Time to Reply to Plaintiff's Response to Defendant Pilkerton's Motion To Dismiss (ECF No. 8)**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant Chris Pilkerton, in his official capacity as Acting Administrator of the United States Small Business Administration ("Defendant") and Plaintiff Michael Wells hereby stipulate to a 30-day extension of time, up to and including **March 9, 2020**, for Defendant to file his reply to Plaintiff's Response to Defendant Pilkerton's motion to dismiss (ECF No. 8).

1. Defendant's reply is currently due on February 7, 2020.

2. Defense counsel has a number of deadlines coming up in other cases, including a Ninth Circuit appellate brief, a motion for summary judgment, and a motion to dismiss. In addition, the United States Attorney's Office has one civil defensive attorney position vacant,

1

resulting in heavier caseloads for all civil defensive attorneys in the office. The requested extension would allow defense counsel a meaningful opportunity to review Plaintiff's response and draft a reply.

3. Plaintiff's counsel has advised that he does not object to this extension request.

4. This is Defendant's first request for an extension.

5. This request is made in good faith and not for the purpose of undue delay.

Accordingly, it is hereby proposed, and requested, that the time within which to file Defendant's reply in support of his motion to dismiss be extended to **March 9, 2020.**

Respectfully submitted this 7th day of February, 2020.

| | |
|---|---|
| ERICKSON, THORPE & SWAINSTON, LTD. | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ John C. Boyden*<br>JOHN C. BOYDEN, ESQ. | */s/ Holly A. Vance*<br>HOLLY A. VANCE<br>Assistant United States Attorney |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. WELLS,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRIS PILKERTON, in his official capacity as the Acting Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>        Defendants. | Case No. 3:19-cv-00407-MMD-CLB<br><br>**ORDER** |

    Having considered the Stipulation for Extension of Time to File Reply in Support of Motion to Dismiss, and good cause appearing,

    IT IS HEREBY ORDERED that Defendant Chris Pilkerton, in his official capacity as Acting Administrator of the United States Small Business Administration, shall have up to and including **Monday, March 9, 2020**, to file his reply to Plaintiff's Response to Defendant Pilkerton's Motion to Dismiss, (ECF No. 8).

    **Dated this** 7th **day of February, 2020.**

                                                   **UNITED STATES DISTRICT JUDGE**