NICHOLAS A. TRUTANICH
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
holly.a.vance@usdoj.gov

Attorneys for Chris Pilkerton

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. WELLS,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS PILKERTON, in his official capacity as the Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-00407-MMD-CLB<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>**First Request** |

COME NOW Plaintiff Michael J. Wells ("Plaintiff") and Defendant Chris Pilkerton, in his capacity as Administrator of the United States Small Business Administration ("Defendant"), by and through their undersigned counsel, and hereby stipulate and agree that Defendant may have up to and including April 29, 2020 to answer Plaintiff's complaint.

Defendant's answer is currently due on March 30, 2020. Additional time is needed, however, because certain agency records related to the case are currently unavailable due to a person's having tested positive to the coronavirus at the agency where the records are located. An extension would allow the agency an opportunity to retrieve those records for defense counsel's review in drafting an answer. Plaintiff's counsel has advised that he does not object to

1

this extension request. Accordingly, it is hereby proposed, and requested, that Defendant have up to and including April 29, 2020 to answer the complaint.

This is Defendant's first request for an extension of time. This extension request is made in good faith and not for the purpose of delay.

DATED: March 30th, 2020.

Respectfully submitted,

| | |
|---|---|
| NICHOLAS A. TRUTANICH | ERICKSON, THORPE & SWAINSTON, LTD. |
| United States Attorney | |
| /s/ *Holly A. Vance* | /s/ *John C. Boyden* |
| HOLLY A. VANCE | JOHN C. BOYDEN, Esq. |
| Assistant United States Attorney | PAUL M. BERTONE, Esq. |
| Attorneys for Defendant | Attorneys for Plaintiff |

**IT IS SO ORDERED:**

**Dated: March 31, 2020.**

_____
**United States Magistrate Judge**