PAUL M. BERTONE (SBN 4533)
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, Nevada 89505
(775) 786-3930
*Attorneys for Plaintiff Michael J. Wells*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. WELLS, | CASE NO. 3:19-CV-00407-MMD-CLB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS (FIRST REQUEST)** |
| ISABELLA CASILLAS GUZMAN, in her official capacity as the Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, *et al.*, | |
| Defendants. | |

Plaintiff, MICHAEL J. WELLS, and Defendant, ISABELLA CASILLAS GUZMAN, in her official capacity as the Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, by and through their counsel of record, hereby stipulate and agree, that Plaintiff shall have up to and including **Wednesday, May 18, 2022**, to file his Opposition to the Motion to Dismiss filed by Defendant GUZMAN regarding the above-mentioned case.

This Stipulation is made and based on the fact that counsel for plaintiff is in the process of moving buildings, and that the main handling attorney, John Boyden, *Esq.*, recently left the firm, and significant additional time is needed to address these issues, and the pending motion, such that a significant extension of 90 days (from the current February 17, 2022 due date) is needed. All attorneys have agreed to said extension and are working together professionally.

///

///

For these reasons, the parties have hereby entered this extension request, which is the first request for an extension of time.

DATED this 7th day of February, 2022.

        ERICKSON, THORPE & SWAINSTON, LTD.

        By  */s/ Paul M. Bertone*
        PAUL M. BERTONE, ESQ. (SBN 4533)
        P.O. Box 3559
        Reno, Nevada 89505
        Telephone: (775) 786-3930
        *Attorneys for Plaintiff Michael J. Wells*

DATED this 8th day of February, 2022.

        U.S. ATTORNEYS OFFICE, CIVIL DIVISION

        BY:  */s/ Holly Vance*
        HOLLY VANCE, ESQ.
        100 W. Liberty Street, Suite 600
        Reno, NV 89501
        Attorneys for Defendant
        Linda McMahon

\* \* \* \* \* \* \*

## **ORDER**

Having considered the within Stipulation for extension of time to file the Opposition to Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff MICHAEL J. WELLS shall have up to and including **Wednesday, May 22, 2022**, to file his Opposition to the Motion to Dismiss filed by Defendant GUZMAN in the above-captioned case.

DATED this 9th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE



2