1  PAUL M. BERTONE (SBN 4533)
   ERICKSON, THORPE & SWAINSTON, LTD.
2  P.O. Box 3559
   Reno, Nevada 89505
3  (775) 786-3930
   *Attorneys for Plaintiff Michael J. Wells*
4

5
                    **UNITED STATES DISTRICT COURT**
6
                          **DISTRICT OF NEVADA**
7

8  MICHAEL J. WELLS,                          CASE NO.  3:19-CV-00407-MMD-CLB

9          Plaintiff,

10 v.
                                              **STIPULATION AND ORDER FOR**
11 ISABELLA CASILLAS GUZMAN, in her           **SUBSTITUTION OF COUNSEL**
   official capacity as the Administrator of the
12 U.S. SMALL BUSINESS
   ADMINISTRATION, *et al.*,
13
           Defendants.
14 _____/

15

16     Plaintiff MICHAEL J. WELLS, and his counsel of record, ERICKSON, THORPE &

17 SWAINSTON, Ltd., hereby agree, stipulate and consent to allowing ERICKSON THORPE

18 & SWAINSTON, LTD., to substitute out as counsel for Plaintiff, and for MIKE WELLS to

19 proceed *in pro per* in prosecuting the above-referenced case.  This substitution is made and

20 entered into as ERICKSON THORPE & SWAINSTON has worked for years on this file, and

21 while they remain on very good terms with Plaintiff MICHAEL WELLS, the attorneys' fees

22 incurred are very large to date, and Plaintiff WELLS is unable to pay these fees, such that it

23 is a financial hardship and burden for ERICKSON THORPE & SWAINSTON to continue

24 prosecuting this case.   At this point ERICKSON THORPE & SWAINSTON is going to

25 "write off" all outstanding billings, and turn over the file to MR. WELLS and allow him to

26 proceed forward *in pro per,* and this has been agreed to by MR. WELLS.

27 ///

28 ///



1

As per U. S. Dist. Ct. Rules D.Nev., LR IA 11-6 (e), this substitution of counsel is not anticipated to result in any delay of discovery, trial, hearing or other deadline currently set in the case.

As per U. S. Dist. Ct. Rules D.Nev., LR IA 3-1, the new agreed contact information for Mike J. Wells shall be as follows: 1344 Disc Drive #102, Sparks, Nevada 89436; (775) 742-0490 (cell); mikewellsinreno@gmail.com (email).

Dated this 14th$^{th}$ day of March, 2022.

ERICKSON, THORPE & SWAINSTON, LTD.

By  /s/ Paul M. Bertone
PAUL M. BERTONE, ESQ. (SBN 4533)
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Plaintiff Michael J. Wells*

DATED this 14th day of March, 2022.

BY:  /s/ Mike Wells
MIKE WELLS
1344 Disc Drive #102
Sparks, Nevada 89436
Telephone: (775) 742-0490
*Acting in pro per* as counsel for Plaintiff

* * * * * * *

**ORDER**

Having considered the above Stipulation for Substitution of Counsel, and good cause appearing, IT IS HEREBY ORDERED: that Plaintiff MICHAEL J. WELLS shall be substituted for the firm of ERICKSON THORPE & SWAINSTON, LTD., as counsel of record for the Plaintiff, and that Plaintiff MICHAEL J. WELLS shall thereafter, and hence forth, be deemed to serve as counsel for Plaintiff, *in pro per*, in the above-captioned case.

DATED this  14th  day of  March , 2022.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD., and that on this day I personally served a true and correct copy of the foregoing *Stipulation and [proposed] Order for Substitution of Counsel*, by Electronic Mail through the United States District Court's CM/ECF Filing System, to:

Holly A. Vance
Assistant U.S. Attorney
400 S. Virginia Street, Suite 900
Reno, NV  89501

and by U.S. Mail, to:

Mike Wells
1344 Disc Drive #102
Sparks, Nevada 89436

DATED this 14th day of March, 2022.

/s/ Dana Matthews
Dana Matthews



3