AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL J. WELLS,

            Plaintiff,

v.

JUDGMENT

Case Number:   3:19-cv-00407-MMD-CLB

GUZMAN,

            Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant Isabella Guzman's motion for summary judgment (ECF No. 78) is **GRANTED.**

**IT IS FURTHER ORDERED** that this order resolves the remaining claims in this case (see ECF No. 58 at 10-11) Defendant is entitled to judgment in her favor.

**IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: March 21, 2024

CLERK OF COURT

Signature of Clerk or Deputy Clerk