JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. WELLS,<br><br>        Plaintiff,<br><br>v.<br><br>ISABELLA CASILLAS GUZMAN,<br>Administrator of the U.S. SMALL<br>BUSINESS ADMINISTRATION, et al.,<br><br>        Defendants. | Case No. 3:19-cv-00407-MMD-CLB<br><br>**Stipulation and Order to Extend Deadline for Federal Defendant to Respond to Plaintiff's Motion for a New Trial (ECF No. 85) and to Extend Deadline for Plaintiff to File a Notice of Appeal**<br><br>**(First Request)** |

      Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to a 30-day extension, from **April 29, 2024**, to **May 29, 2024**, for Federal Defendant to respond to Plaintiff's motion for a new trial (ECF No. 85). The parties also stipulate to the extension of the Plaintiff Michael Wells' deadline to file a notice of appeal from **May 21, 2024,** to **June 28, 2024**. This is the first request for an extension.

      On April 29, 2024, Pro Se Plaintiff Michael Wells and undersigned counsel for the Federal Defendant conferred via email and agreed to an extension of 30 days to file a reply to Plaintiff's motion for a new trial and an extension of 30 days from the date the reply is due, for Plaintiff to file a notice of appeal. Extending the deadline will provide the necessary time for the Federal Defendant to evaluate the arguments made in Plaintiff's motion and to

prepare a response to the same. An extension is necessary because of heavy workload, office staffing shortages, and leave taken the week of April 22, 2024.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 29th day of April 2024.

JASON M. FRIERSON
United States Attorney

*/s/ Michael J. Wells*
Michael J. Wells
1344 Disc Drive #102
Sparks, NV 89436
mikewellsinreno@gmail.com
*Plaintiff Pro Se*

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
*Attorneys for the Federal Defendant*

**IT IS SO ORDERED:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** 4/30/2024