JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. WELLS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ISABELLA CASILLAS GUZMAN, Administrator of the U.S. SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-00407-MMD-CLB<br><br>**Order Granting Stipulation and Order to Extend Deadline for Federal Defendant to File a Response to Plaintiff's Motion to Stay the Final Order (ECF No. 82) and Judgment (ECF No. 83) Pending Appeal**<br><br>**(First Request)** |

　　　　Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to a three-week extension, from July 8, 2024, to July 29, 2024, for Federal Defendant to respond to Plaintiff's motion to stay the final order (ECF No. 82) and judgment (ECF No. 83) pending appeal ("plaintiff's motion to stay"). The current deadline to file a response is July 8, 2024. This is the first request for an extension.

　　　　On July 8, 2024, Pro Se Plaintiff Michael Wells and undersigned counsel for the Federal Defendant conferred via email and agreed to an extension of three weeks to file a reply to Plaintiff's motion to stay. The purpose of the extension is due to a heavy workload of the undersigned, including motions due on July 8, 2024 (three motions), July 15, 2024, July 22, 2024, joint pre-trial orders due on July 15 and July 21, 2024, and continued depositions on July 23 and 25, 2024. Extending the deadline will provide the necessary time

for the Federal Defendant to evaluate the arguments made in Plaintiff's motion and to prepare a response to the same.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 8th day of July 2024.

|  |  |
|---|---|
| /s/ Michael J. Wells<br>Michael J. Wells<br>1344 Disc Drive #102<br>Sparks, NV 89436<br>mikewellsinreno@gmail.com<br>*Plaintiff Pro Se* | JASON M. FRIERSON<br>United States Attorney<br><br>/s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 9, 2024