Michael J. Wells, in pro se
480 Blue Skies Dr.
Sparks, NV 89436
775-742-0490
mikewellsinreno@gmail.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. WELLS,<br><br>        Plaintiff,<br><br>v.<br><br>ISABELLA CASILLAS GUZMAN,<br>Administrator of the U.S. SMALL<br>BUSINESS ADMINISTRATION, *et al.*,<br><br>        Defendants. | Case No. 3:19-cv-00407-MMD-CLB<br><br>**Order Granting Stipulation and Order to Extend Deadline for Plaintiff to File a Reply to Defendant's Response to Plaintiff's Motion to Stay the Final Order (ECF No. 82) and Judgment (ECF No. 83) Pending Appeal**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to a thirty day extension, from August 5, 2024, to September 4, 2024, for Plaintiff to reply to Federal Defendant's Response to Plaintiff's motion to stay the final order (ECF No. 82) and judgment (ECF No. 83) pending appeal ("plaintiff's motion to stay.") The current deadline to file a response is August 5, 2024. This is the first request for an extension.

On July 31, 2024, Pro Se Plaintiff Michael Wells and undersigned counsel for the Federal Defendant conferred via email and agreed to an extension of thirty days for Plaintiff to file a reply to Defendant's Response to Plaintiff's motion to stay. The purpose of the extension is due to the following reasons: 1. This case covers a wide range of subjects; 2. The Supreme Court recently rendered two decisions, SEC v. Jarkesy and Loper Bright Enterprises v. Raimondo, which may cause need for additional arguments in this case; and, 3. I have recently been diagnosed with a life threatening disease and my medical calendar has become very active. Extending the deadline will provide the necessary time for the Federal Plaintiff to evaluate the arguments made in Defendant's Response to Plaintiff's motion and to prepare a Reply to the same.  This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 1st day of August, 2024.


        JASON M. FRIERSON
        United States Attorney

        */s/ Virginia T. Tomova*                    */s/*Michael J Wells
         VIRGINIA T. TOMOVA                    Michael J. Wells in pro se
        Assistant United States Attorney
        Attorneys for the Federal Defendant



                              IT IS SO ORDERED:

                              _____
                              UNITED STATES DISTRICT JUDGE

                              DATED:  August 1, 2024